UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MYA RICHARDSON and
ROBERT RICHARDSON,

       Plaintiffs,

v                                         Case No. 13-cv-10234
                                         Hon. Gershwin A. Drain

WELLS FARGO BANK, N.A.,

       Defendants.

_____/

### ORDER DENYING IN PART DEFENDANT'S EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER [#13]

Presently before the Court is Defendant's Emergency Motion for Temporary Restraining Order, filed on May 1, 2013. Defendant seeks an order from this Court preventing Plaintiffs and Plaintiffs' agents from entering or damaging the property, and/or from obstructing access to the property located at 5828 Oak Hill Rd., Ortonville, MI 48462.

Upon review of Defendant's Motion for Temporary Restraining Order, without Plaintiffs having time to respond to the motion, the Court will **DENY IN PART** the motion. Moreover, the Court has scheduled a hearing for the Preliminary Injunction Motion for May 14, 2013, at 3:00 p.m. Plaintiffs are **ORDERED** to respond to Defendant's motion no later than May 8, 2013.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion for Temporary Restraining Order **[#13]** is **DENIED IN PART**.

-1-

**IT IS FURTHER ORDERED** that Plaintiffs are to respond to Defendant's motion no later than May 8, 2013.

**IT IS FURTHER ORDERED** that a hearing is scheduled for May 14, 2013, at 3:00 p.m.


SO ORDERED.


Dated: May 2, 2013                                     s/Gershwin A. Drain
                                                       GERSHWIN A. DRAIN
                                                       United States District Judge